# United States District Court
# For The Western District of North Carolina
# Asheville Division

Lisa P. Jones, Appellant,

                              JUDGMENT IN A CIVIL CASE

vs.                                      1:10cv243

Sara Jones, et al, Appellee,


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/10 Order.

                                              Signed: December 7, 2010

                                              *[signature]*

                                              Frank G. Johns, Clerk
                                              United States District Court